IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| KENNETH ALLEN PRUITT,<br><br>          Plaintiff,<br>v.<br><br>JOSEPH ROBINETTE BIDEN, JR., et al.,<br><br>          Defendants. | CASE NO. 9:21-CV-00013-TH-ZJH |

# **FINAL JUDGMENT**

The Court has adopted the magistrate judge's report recommending that the Court dismiss this case. Accordingly, it is ORDERED that Plaintiff Kenneth Allen Pruitt take nothing, and the case is DISMISSED. The clerk of Court is directed to close this case, and all pending motions are denied as moot.

THIS IS A FINAL JUDGMENT.

**SIGNED** this the 1 day of **September, 2022.**

_____
Thad Heartfield
United States District Judge