# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 31, 2023
Lyle W. Cayce
Clerk

No. 22-40625
Summary Calendar

---

Kenneth Allen Pruitt,

*Plaintiff—Appellant*,

versus

Joseph Robinette Biden, Jr., *acting alone, or in concert, in a purported official capacity*; John Forbes Kerry, *acting alone, or in concert, in a purported official capacity*; United States Department of Treasury, *acting alone, or in concert*; United States Environmental Protection Agency, *acting alone, or in concert*; United States National Institute of Environmental Health Sciences, *acting alone, or in concert*; Janet Yellen, head of USDT; Michael S. Regan, head of EPA; Rickard Woychik, head of NEIHS,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:21-CV-13

---

Before Stewart, Duncan, and Wilson, *Circuit Judges*.

J U D G M E N T

**Certified as a true copy and issued as the mandate on Mar 27, 2023**

Attest:

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

Case 2:22-cv-00223-Z Document 136-1 Filed 03/27/23 Page 2 of 2 PageID #: 1029
Case: 22-40625 Document: 00516689241 Page: 2 Date Filed: 03/27/2023

No. 22-40625

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.